**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOEY RANDY HOLLOWAY,                 )   NO. CV 09-874-RGK(E)
                                     )
                  Petitioner,        )
                                     )
        v.                           )   ORDER ADOPTING FINDINGS,
                                     )
WARDEN KEN CLARK,                    )   CONCLUSIONS AND RECOMMENDATIONS OF
                                     )
                                     )   UNITED STATES MAGISTRATE JUDGE
                  Respondents.       )
_____)

        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge. The Court approves and
adopts the Magistrate Judge's Report and Recommendation.


        IT IS ORDERED that Judgment be entered denying and dismissing the
Petition with prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment herein

3 by United States mail on Petitioner, and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED: May 28, 2009.

8

9

10   _____

11              R. GARY KLAUSNER
        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28