**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOEY RANDY HOLLOWAY, | ) | NO. CV 09-874-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN KEN CLARK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 28, 2009.

_/s/ Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE